In The 



Court of Appeals



Ninth District of Texas at Beaumont


________________



NO. 09-09-00416-CR


 _____________________



THE STATE OF TEXAS, Appellant



V.



GARY THOMAS MAYES, Appellee







On Appeal from the County Court at Law


Liberty County, Texas


Trial Cause No. 90406






MEMORANDUM OPINION





 The State of Texas has filed a motion to dismiss its appeal of an order granting the
defendant's motion to suppress. See Tex. R. App. P. 42.2. A motion to dismiss the appeal
is signed by the county attorney. No opinion has issued in this appeal. The motion is
granted, and the appeal is therefore dismissed. 

 APPEAL DISMISSED. 

 ____________________________

 DAVID GAULTNEY

 Justice

 

Opinion Delivered November 4, 2009

Do not publish


Before Gaultney, Kreger, and Horton, JJ.